## Millbourne School District Appeal.

Argued September 22, 1970. *William R. Toal, Jr.,* for appellant; *Donald M. McCurdy,* with him *Philip B. Driver, Jr.,* and *Fox and McCurdy,* for Interboro Joint School System, intervening appellee; *Patrick H. Washington,* Deputy Attorney General, with him

*Fred Speaker,* Attorney General, for State Board of Education, appellee.

Decree affirmed.